HIYANE ET AL. *v.* HOUSE OF VISION, INC.

No. 320. Decided October 13, 1969

*Leonard Rose* for appellants.

*Lawrence J. West* and *Leo Spira* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

SHIKARA *v.* MARYLAND CASUALTY CO.

No. 324. Decided October 13, 1969

PER CURIAM.

The motion to dispense with printing the jurisdictional statement is granted. The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.